# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 25, 2020

Mr. Paul Joseph Hill
Law Office
2216 Dixie Highway, Suite 203
Fort Mitchell, KY 41017

Mr. David Brent Irvin
Kentucky Cabinet for Health & Family Services
Office of Legal Services
275 E. Main Street, Room 5W-B
Frankfort, KY 40621

Re:  Case No. 20-5829/20-5875, *Maureen Holliday v. Alecia Leigh, et al*
Originating Case No. : 2:17-cv-00113

Dear Counsel,

   This appeal has been docketed as case number **20-5829** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **September 8, 2020**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:
Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

        Appearance of Counsel
  Appellee: Disclosure of Corporate Affiliations
        Application for Admission to 6th Circuit Bar (if applicable)

 More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

        Sincerely yours,

        s/Briston S. Mitchell
        Case Manager
        Direct Dial No. 513-564-7082


Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 20-5829

MAUREEN HOLLIDAY, in her individual capacity and next friend of the Estate of AH, a minor and incompetent person

    Plaintiff - Appellee Cross-Appellant

v.

ALECIA LEIGH; DANIELLE SNEED

    Defendants - Appellants Cross-Appellees

and

JANE DOE

    Defendant