IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2:17-113 (WOB-CJS)

MAUREEN HOLLIDAY                                  PLAINTIFF

VS.                       <u>ORDER</u>

ALECIA LEIGH, ET AL                             DEFENDANTS

This matter is before the Court on plaintiff's motion for reconsideration (Doc. 57), and the Court having reviewed this matter and being advised,

**IT IS ORDERED** that this motion be, and is hereby, **DENIED**.

This 3rd day of August, 2020.



Signed By:
*William O. Bertelsman* WOB
United States District Judge